AO 106 (Rev. 5/85)  Affidavit for Search Warrant

~~FILED~~

# United States District Court

## MIDDLE  DISTRICT  OF  ALABAMA

FEB 2 – 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

A cellular phone number
(334) 561-6020

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

CASE NUMBER: **2:06mj14-DRB**

I, Edward B. Kleppinger, III being duly sworn depose and say:

I am a Special Agent, Department of Homeland Security, Office of Inspector General and have reason to believe

Official Title

that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Telephone and subscriber records and information for the cellular phone number, (334) 561-6020, including the real time location and GPS coordinates of the telephone

in the _____ Middle _____ District of _____ Alabama _____
there is now concealed a certain person or property, namely (describe the person or property)

Bernetta Willis

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)

The subject of a criminal investigation and for whom a complaint and arrest warrant has been issued on January 27, 2006, as a result of the investigation.

in violation of Title_____ 18 _____ United States Code, Section(s)   1512 _____
The facts to support the issuance of a Search Warrant are as follows:

See ATTACHMENT

Continued on the attached sheet and made a part hereof.     ☒ Yes     ☐ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

JANUARY 27, 2006 _____
Date                    Time

at     MONTGOMERY, ALABAMA _____
City and State

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# AFFIDAVIT

I, Edward B. Kleppinger, being duly sworn, depose and state the following:

1.  I am a Special Agent (SA) of the Department of Homeland Security (DHS), Office of Inspector General (OIG), Office of Investigations, assigned to investigate violations of Title 18, United States Code and other violations against DHS. I have 10 years of criminal investigative experience, six as a Special Agent with the Georgia Bureau of Investigation and four as a Special Agent with the federal government.

2.  This affidavit is made in support of search warrant for the telephone and subscriber records and information for the cellular phone number, (334) 561-6020, including the real time location and GPS coordinates of the telephone used by Bernetta Willis. The transmissions, locations, and other information will be used to establish the location of Willis, who is the subject of a criminal investigation and for whom a complaint and arrest warrant has been issued on January 27, 2006, as a result of the investigation. The authority for this warrant is provided for in Title 18, U.S.C., Sections 2518, 2702(b)(8), 2702(c)(4), 2703, 3125, among others. Since this Affidavit is submitted for the purpose of establishing probable cause to support the issuance of a search warrant, I have not included each and every fact known by the government concerning this investigation. Statements attributed to individuals are provided in substance and in part.

3.  On Friday, January 20, 2006, I took a proffer from Valarie Howard. Howard had previously been indicted and arrested on a one-count violation of 18 United States Code (USC), Section 641, Case No. 2:05cr269-T. The charges stated that Howard knowingly and willfully did embezzle, steal, purloin, and convert to her own use and the use of others, without authority, approximately $2,000.00 check issued by the Federal Emergency Management Agency (FEMA), an agency of the United States Government, to which she was not entitled. When questioned how she received the money, Howard stated that right after Katrina hit the Gulf Coast area, she received a telephone call at her house from Bernetta Willis (a/k/a Lashay, Nettie, Hi-Girl) from Willis's cellular telephone, (334) 561-6020. Willis told Howard that Willis was going to "hook" Howard up with some money. Willis stated that she just needed Howard's name and address to send the check. Agent Kleppinger asked if Howard knew Litasha Washington. The OIG had identified several FEMA checks sent to Willis's address in Montgomery addressed to Washington. Howard stated that Willis had a girlfriend/lover named Tasha. Howard did not know her last name, but identified her as a black female, approximately 19-20 years old, with dreads or twists in her hair. This description fits subject Litasha Washington. The OIG is also investigating Washington for FEMA fraud.

4.  On Tuesday, January 24, 2006, I interviewed Valarie Howard via telephone. Howard stated that Willis had threatened to kill her and pulled out a handgun and pointed it at Howard in the early morning of January 23, 2006 outside of the Rose Supper Club, 954

1

Highland Ave., Montgomery, AL 36104. Howard stated that Willis pulled a pistol on her and told her that she (Willis) was going to blow her (Howard's) head off because Howard was going to testify against her in court about the FEMA checks. Howard drove to the MPD after the threat and Willis followed in her own vehicle continuing to threaten Howard with a gun brandished. Howard stated that "Tasha" and "Poo-Poo" were also in Willis's vehicle. The OIG believes "Tasha" is Litasha Washington and had previously identified "Poo-Poo" as Karsten King, also under investigation by the OIG. Howard stated that she had filed a warrant with the Montgomery Police Department (MPD) against Bernetta Willis. Upon further investigation with the MPD, the OIG determined Howard filed a Deposition, but did not obtain a warrant after being advised by the MPD to contact the federal authorities regarding her plea status and ongoing case. The Deposition was made on January 23, 2006, and conforms to the statement Howard subsequently gave to me on January 24, 2006.

5.  On Wednesday, January 25, 2006, Assistant Special Agent in Charge (ASAC) of the Department of Homeland Security (DHS), Terry C. Crump interviewed Howard, regarding this incident in person. Agent Kleppinger, Special Agent James Whitlock, (also with the DHS/OIG), and Assistant U.S. Attorney Christopher Snyder were also present. During the interview, Howard reiterated the incident of January 23, 2006, with the same details. She also provided the names of several witnesses who could corroborate the events.

6.  Upon a conversation with Agent Crump, I have been informed that he interviewed Lee Williams, who was a security guard at the Rose Supper Club on Thursday, January 26, 2006. Prior to their conversation, Agent Crump informed me that he verified Williams's employment at the Rose Supper Club on Wednesday, January 25, 2006. Agent Crump also informed me that Williams stated the following:

    a.  that he was a security guard at the Rose Supper Club on the morning of January 23, 2006;

    b.  that Willis, who he had known for several years, had pulled a gun on Howard outside of the club;

    c.  that while he was attempting to subdue the situation and walk Willis to her car, Willis stated that she was "going to kill that Bitch" because she (Howard) was going to testify against her.

7.  On January 27, 2006, a complaint and arrest warrant, as well as a search warrant of 3717 Princeton Ave., Montgomery, AL (Willis's residence) were applied for and issued by U.S. Magistrate Judge Susan R. Walker.

2

8. On January 27, 2006, OIG Special Agents executed the search warrant and attempted to execute the arrest warrant at the residence of Willis. Willis was not at home at the time of the execution and can not be located. Special Agent Crump and I, however, spoke to Willis on her cellular telephone (334) 561-6020 on two different occasions. The number was obtained from previous interviews with Willis. During the conversations, Willis acknowledged threatening Howard on January 24, 2006, although she claimed that the threatening in her mind was justified. ~~Howard~~ also verbally verified that she currently possesses the gun used in the prior threat and was returning to her home. Willis, however, did not return to her home and attempts to locate Willis through traditional means have provided negative results. Willis is aware a search warrant was executed at her home, is aware of Howard's living address, and it is very possible that Willis could act on her prior threats against the witness.

*WILLIS*
*1/27/06*
*9:25 Pn*

9. Based on the foregoing, I have probable cause to support of search warrant for the telephone and subscriber records and information for the cellular phone number, (334) 561-6020, including the real time location and GPS coordinates of the telephone used by Bernetta Willis.


Edward B. Kleppinger,
Special Agent
Department of Homeland Security
Office of Inspector General


Subscribed and sworn to
before me this _27_ day
of _January_ 2006. _at 9:25 p.m._

United States Magistrate Judge

3